**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARCUS CONERY/MALIK,
ADC #100469                                                                              PLAINTIFF

v.                                        2:11-cv-00123-BSM-JTK

MOSES JACKSON, III, et al.                                                          DEFENDANTS

## <u>ORDER</u>

This matter is before the Court on Defendant Ester's Motion for Summary Judgment (Doc.

No. 21).   As of this date, Plaintiff has not filed a response to the Motion.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendant's Motion

for Summary Judgment, within ten (10) days of the date of this Order.  Failure to respond to this

Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure

to prosecute.  <u>See</u> Local Rule 5.5(c)(2).

IT IS SO ORDERED this 24th day of May,  2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE