**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**MARCUS CONERY/MALIK**
**ADC #100469**                                                                         **PLAINTIFF**

v.                          **CASE NO. 2:11CV00123 BSM/JTK**

**MOSES JACKSON, III et al.**                                                **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendant's motion for summary judgment [Doc. No. 21] is GRANTED, and plaintiff's complaint against defendant is DISMISSED with prejudice.

Dated this 31st day of July 2012.

_____
UNITED STATES DISTRICT JUDGE