**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MARCUS CONERY/MALIK
ADC #100469**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 2:11CV00123 BSM/JTK**

**MOSES JACKSON, III et al.**                                          **DEFENDANT**

**<u>ORDER</u>**

The proposed findings and recommended disposition submitted by United States
Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After
carefully considering this document and making a *de novo* review of the record, it is
concluded that the proposed findings and recommended disposition should be, and hereby
are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendant's motion for summary judgment [Doc.
No. 21] is GRANTED, and plaintiff's complaint against defendant is DISMISSED with
prejudice.

Dated this 31st day of July 2012.

_____
UNITED STATES DISTRICT JUDGE