**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**MARCUS CONERY/MALIK**
**ADC #100469**                                                                                                **PLAINTIFF**

**v.**                        **CASE NO. 2:11CV00123 BSM/JTK**

**MOSES JACKSON, III et al.**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 31st day of July 2012.

_____
UNITED STATES DISTRICT JUDGE